Harvey L. Cavender and Charles J. Grablowski, for appellants; Samuel Levin, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 20, 1950; released for publication March 7, 1950.

## Ellen Holt, Appellee, v. Antioch Engineering Company, and Lawrence Warehouse Company, Appellants.

### Gen. No. 45,006.

Charles O. Butler, for appellant; Henry L. Blim, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 20, 1950; released for publication March 7, 1950.

## Josephine Indorante, Appellant, v. Sam Indorante, Appellee.

### Gen. No. 10,366.

John G. Phillips, for appellant; Harry G. Fins, of counsel; Victor N. Cardosi and Donald Gray, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed February 21, 1950; released for publication March 13, 1950.